FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 10 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

C/M → QIAN ZHENG

        -against-

UNITED STATES OF AMERICA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEMORANDUM AND ORDER
CR15-00628-01 (CBA)

Mr. Qian Zheng
#87703-053
Fed. Prison Camp Schuykill
P.O. Box 670
Minersville, PA 17954

Assistant United States Attorney
Nadia Moore
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AMON, USDJ**

    Plaintiff, <u>pro se</u> has filed a civil action seeking the **return of property** seized from him/her at the time of his/her arrest.

    Plaintiff may be entitled to relief under (i) civil equitable principles consistent with <u>Mora v. United States</u>, 955 F.2d 156 (2d Cir. 1992, (ii) The Tucker Act, 28:2671 <u>et seq.</u>, or (iv) <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). See <u>Onwubiko v. United States</u>, 969 F2nd 1392, 1397-99 (2nd Cir. 1992).

    **IT IS ORDERED THAT**

1.    service of a copy of this Order shall be made by the Clerk of this Court, together with a copy of the complaint, to the United States Attorney for the Eastern District of New York and by mailing a copy of this Order to plaintiff or to plaintiff's counsel, if any;

2.    within 30 days from the date of this Order (**June 11, 2018**), the Assistant United States Attorney assigned to the case shall move for judgment on the pleadings or for summary judgment, unless otherwise directed by the court; if a dispositive motion would be more appropriately made by the plaintiff, the government's motion to direct the plaintiff to make the appropriate motion shall be filed within 30 days (**July 11, 2018**);

3.    all matters in this case, including all motions, whether dispositive or otherwise, are referred to Magistrate-Judge **Roanne L. Mann** for disposition or report and recommendation as appropriate and

4.    plaintiff shall be permitted to proceed without being required to prepay fees or costs or give security therefor.

    SO ORDERED.

Dated: Brooklyn, New York
      May 10, 2018

/S/ Judge Carol Bagley Amon

Carol Bagley Amon
United States District Judge